359 U.S. 343
 79 S.Ct. 897
 3 L.Ed.2d 927
 DON McCULLAGH, INC.,
v.
MICHIGAN, DEPARTMENT OF REVENUE.
 No. 756.
 Supreme Court of the United States
 April 27, 1959
 
 Mr. Anthony A. Vermeulen, for appellant.
 Messrs. Paul L. Adams, Atty. Gen. of Michigan, Samuel J. Torina, Sol. Gen., and William D. Dexter, Asst. Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.